JS - 6

**FILED: 10/29/14**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| *Donald M. Lusnak*, | ) | CASE NO. CV 14-1855-GHK (AJWx) |
| **Plaintiff,** | ) | |
| | ) | **JUDGMENT** |
| **v.** | ) | |
| *Bank of America, N.A.*, | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

    Pursuant to the Court's October 29, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint is **DISMISSED with prejudice**.  Plaintiff shall take nothing by this Complaint.


    **IT IS SO ORDERED**.


    DATED: October 29, 2014

_____
GEORGE H. KING
Chief United States District Judge