UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M. LUSNAK, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: CV 14-1855-GW-AFMx<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY CLASS CERTIFICATION MOTION SCHEDULE**<br><br>Judge: Hon. George Wu |

Having considered the parties' Joint Stipulation to Modify Class Certification Motion Schedule, and finding good cause to do so, the Court hereby GRANTS the Joint Stipulation and ORDERS the following deadlines:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Bank of America to complete production of transactional data, documents regarding policies, and form contracts | N/A | May 31, 2019 |
| Plaintiff to complete Rule 30(b)(6) deposition of Bank of America regarding data, policies, and agreements. | N/A | June 21, 2019 |
| Plaintiff to serve class certification expert | N/A | July 15, 2019 |

| | | |
|---|---|---|
| report(s) | | |
| Plaintiff to file motion for class certification | May 31, 2019 | August 9, 2019 |
| Bank of America to serve class certification expert report(s) | N/A | September 12, 2019 |
| Bank of America to file class certification opposition brief | July 5, 2019 | September 27, 2019 |
| Plaintiff to file class certification reply brief | July 26, 2019 | October 25, 2019 |
| Hearing on class certification motion | August 15, 2019, 8:30 a.m. | November 14, 2019, 8:30 a.m. |

There will be no further continuances as to the class certification hearing.

DATED: April 23, 2019

_____
HON. GEORGE H. WU
U.S. District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER
Case No.: CV 14-1855-GW-AFMx

2