MARK W. MOSIER (*pro hac vice*)
Email: mmosier@cov.com
ANDREW SOUKUP (*pro hac vice*)
Email: asoukup@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street
Washington, D.C. 20001-4956
Telephone: +1 (202) 662-5066
Facsimile: + 1 (202) 778-5066

ASHLEY SIMONSEN (SBN 275203)
Email: asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749

DAVID L. PERMUT (*pro hac vice*)
Email:  DPermut@goodwinlaw.com
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, D.C. 20001
Telephone: + 1 (202) 346-4000

Attorneys for BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD M. LUSNAK, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:14-CV-01855-GW(GJSx)<br><br>**DECLARATION OF NICOLE PATTERSON IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date:  November 14, 2019<br>Hearing Time: 8:30 a.m.<br>Judge:         Hon. George Wu |

DECLARATION OF NICOLE PATTERSON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION / Civil Case No. 2:14-cv-01855-GW

1   I, Nicole Patterson, state and declare as follows:

2   1.   I am employed by Bank of America, N.A. ("Bank of America"), as a Vice President in Case Resolution Operations. I have worked in this capacity for Bank of America since December 2004. I make this declaration based on my personal, firsthand knowledge; on a review of records created and maintained in the ordinary course of Bank of America's business; and the knowledge I have acquired in the course of my duties with Bank of America. I am competent to testify on the matters stated herein, and if called and sworn as a witness, I would freely and competently testify thereto.

3.   2.   My responsibilities at Bank of America include regularly accessing Bank of America's mortgage servicing records and investigating account records and transaction histories. I am familiar with the manner in which mortgage-related account records are maintained.

4.   3.   In the ordinary course of its regularly conducted business, Bank of America maintains records related to each of its mortgage loan accounts. These records are made on or about the time of the events reflected in each record. These records include, among other things, Bank of America's communications with a borrower. Bank of America relies on these electronic records in the ordinary course of managing and servicing borrowers' mortgages. These records are created by Bank of America and/or its vendors.

5.   4.   The exhibits to this Declaration are all true and correct business records created and maintained in the course of regularly conducted business activity and as part of Bank of America's regular practice of maintaining such records, unless otherwise noted.

6.   5.   For the purposes of this litigation, I became familiar with the documents Bank of America maintains regarding Plaintiff Donald Lusnak. Mr. Lusnak's loan files and loan history documentation is comprised of at least 5,384 pages of documents, which I understand were produced in this case via Bates numbers BANA0000572–

BANA0005956. This number does not include Mr. Lusnak's written complaints, Bank of America's responses thereto, and Bank of America's internal records and communications regarding these complaints, which comprise at least an additional 750 pages of documents plus 11 excel files, which I understand were produced in this case via Bates numbers BANA0009218–BANA0009917 and BANA0014884–BANA0014956.

6. Mr. Lusnak applied for and obtained a mortgage from Countrywide KB Home Loans, LLC in 2008. In connection with this 2008 mortgage, Mr. Lusnak executed a Deed of Trust and a Promissory Note. A true and correct copy of this Deed of Trust is attached hereto as Exhibit A. A true and correct copy of this Promissory Note is attached as Exhibit B.

7. In March 2009, Mr. Lusnak refinanced his mortgage by entering into a new mortgage agreement with Countrywide Bank, FSB, a federal savings bank. In connection with this 2009 mortgage, Mr. Lusnak executed a Deed of Trust and a Promissory Note. A true and correct copy of this Deed of Trust is attached hereto as Exhibit C. A true and correct copy of this Promissory Note is attached as Exhibit D.

8. Mr. Lusnak's mortgage was subsequently acquired by Bank of America.

9. In connection with servicing Mr. Lusnak's 2009 mortgage, Countrywide Bank, FSB, and then Bank of America created and maintained a record of the transactions associated with the loan which is referred to as the loan history. A true and correct copy of that loan history through March 2014 is attached as Exhibit E.

10. In connection with servicing Mr. Lusnak's 2009 mortgage, Bank of America maintained records of Mr. Lusnak's escrow account transactions. These records show, among other things, the balance in Mr. Lusnak's escrow account and transactions into and out of that account. A true and correct copy of a document reflecting Bank of America's records relating to Mr. Lusnak's escrow account history from January 2010 to January 2019 is attached as Exhibit F.

11. The loan history indicates that Mr. Lusnak was in default on his loan from November 2009 until March 2011. *See* Ex. E at 1–2. Specifically, Mr. Lusnak failed to make a payment in November 2009, made a late payment in April 2010, made a late payment in May 2010, failed to make a payment in June 2010, made a late payment in August 2010, failed to make a payment in September of 2010, and failed to make a payment in December of 2010. *See* Ex. E at 2–3.

12. On February 3, 2011, Mr. Lusnak signed a Commitment to Modify Mortgage ("Commitment") and an Amended and Restated Note. A true and correct copy of the Commitment is attached as Exhibit G. A true and correct copy of the Amended and Restated Note is attached as Exhibit H. In this Commitment, Mr. Lusnak agreed he had failed to pay his mortgage in accordance with its terms and was in default on his mortgage. *See* Ex. G at 4. Mr. Lusnak also agreed that as of March 1, 2011, he owed $3,698.02 in delinquent interest and $1,516.73 in delinquent escrow. *See id.* at 3. Under the mortgage modification, Mr. Lusnak's principal and monthly payment increased, but all other material terms remained the same. *See* Ex. H.

13. Mr. Lusnak's escrow account history also shows that Bank of America made payments for county taxes and hazard insurance on Mr. Lusnak's behalf during the period of delinquency that started in November 2009 and ran until March 2011 and that Mr. Lusnak's escrow account had a negative balance on multiple occasions during this time period. On March 30, 2010, Bank of America made a county tax payment of $1,386.42. *See* Ex. F at 1. Mr. Lusnak's escrow account had a negative balance from that date until May 14, 2010. *See id.* On June 1, 2010, Bank of America made a hazard insurance payment of $320.00. *See id.* Mr. Lusnak's escrow account had a negative balance from that date until July 2, 2010. *See id.* On November 22, 2010, Bank of America made a county tax payment of $1,615.56. *See id.* Mr. Lusnak's escrow account had a negative balance from that date until January 12, 2011. *See id.*

14. Mr. Lusnak's loan history also indicates that Mr. Lusnak was in default on

3
DECLARATION OF NICOLE PATTERSON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION / Civil Case No. 2:14-cv-01855-GW

his loan from May 2012 until May 2013. *See* Ex. E at 4. This fact is also reflected in Mr. Lusnak's monthly statements. True and correct copies of Mr. Lusnak's monthly statements from May 2012 to June 2013 are attached as Exhibit I. During this time period, Mr. Lusnak made no payments to Bank of America. *See generally* Ex. I; *see also* Ex. E at 4. As of May 1, 2013, Mr. Lusnak was in arrears in the amounts of $13,372.58 in principal and interest, $3,424.32 in escrow payments, and $216.43 in late fees and other charges, for a total of $17,013.33, as reflected in Mr. Lusnak's April 2013 monthly statement. *See* Ex. I at 55.

15. During the period of delinquency that ran from May 2012 until May 2013, Bank of America incurred costs conducting inspections of the property that secured the mortgage loan. To recover these costs, Bank of America assessed a $15.00 property inspection fee for each inspection. These $15.00 inspection fees are documented on Mr. Lusnak's August, September, October, November and December monthly statements and his January, February, March and April 2013 monthly statements. *See* Ex. I, at 13, 17, 21, 25, 29, 35, 41, 47, 51, 55. As of May 1, 2013, Mr. Lusnak's owed Bank of America 11 property inspection fees, for a total of $165.00 *See id.* at 55, 60–61. Bank of America conducted the property inspections and passed the costs of these inspections to Mr. Lusnak pursuant to Mr. Lusnak's 2009 Deed of Trust. *See* Ex. C at 8.

16. Bank of America waived all 11 property inspection fees in connection with Mr. Lusnak's May 2013 loan modification, as reflected in Mr. Lusnak's May 2013 monthly statement. *See* Ex. I at 60–61.

17. During the period of delinquency that ran from May 2012 to May 2013, Bank of America also assessed late fees against Mr. Lusnak. Late fees of $51.51 are documented on Mr. Lusnak's May, June, July, August, September, October and November 2012 monthly statements. *Id.* at 2, 6, 12, 13, 17, 21, 25. As of November 29, 2012, Mr. Lusnak owed Bank of America $360.57 in late fees. *See* Ex. I at 25.

Bank of America waived the $360.57 in late fees and did not assess any additional late fees until April 2013. A late fee of $51.43 appears on Mr. Lusnak's April and May monthly statements, for a total of $102.86 in additional late fees. *Id.* at 56, 60. Bank of America charged the late fees pursuant to Section 6 of Mr. Lusnak's 2009 Promissory Note. *See* Ex. D at 2.

18.  Bank of America waived the April 2013 and May 2013 late fees in connection with Mr. Lusnak's May 2013 loan modification, as reflected in Mr. Lusnak's May 2013 monthly statement. *See* Ex. I at 60–61. In total, Bank of America waived $463.43 in late fees Mr. Lusnak incurred from May 2012 to May 2013.

19.  On May 29, 2013, Mr. Lusnak signed an Agreement for Modification of a Mortgage. A true and correct copy of that agreement is attached as Exhibit J. Under this agreement, Mr. Lusnak's principal balance was reduced from $199,366.56 to $120,591.65 after the state Housing Finance Agency paid an award of federal Hardest Hit Funds to Mr. Lusnak's mortgage account. *See* Ex. J at 2. Mr. Lusnak's monthly payments were also reduced, but all remaining terms of his mortgage stayed the same. *See id.*

20.  Mr. Lusnak's escrow account history indicates that Bank of America made payments of county taxes and hazard insurance on Mr. Lusnak's behalf during this period of delinquency that ran from May 2012 to May 2013. Bank of America made a hazard insurance payment of $300 on June 13, 2012, county tax payments each worth $1,333.81 on November 9, 2012, and March 7, 2013, and another hazard insurance payment of $338.00 on May 2, 2013. *See* Ex. F at 1. Accordingly, Mr. Lusnak's escrow account had a negative balance from June 13, 2012, until May 22, 2013, at which time the account had a negative balance of $3,046.41. *See id.* Exhibit F sets forth the dates when Mr. Lusnak's escrow account had a negative balance, the amount of that negative balance, and the duration of that balance.

21.  As reflected in this escrow account history, even after May 2013, Bank of

America continued to make county tax and hazard insurance payments on Mr. Lusnak's behalf, which resulted in Mr. Lusnak's escrow account having a negative balance on multiple occasions. On March 11, 2014, Bank of America made a county tax payment of $1,385.22. *See id.* at 2. Mr. Lusnak's escrow account had a negative balance from that date until April 14, 2014. *See id.* On May 2, 2014, Bank of America made a hazard insurance payment of $439.00. *See id.* Mr. Lusnak's escrow account had a negative balance from that date until May 14, 2014. On March 24, 2015, Bank of America made a county tax payment of $1,528.38. *See id.* Mr. Lusnak's escrow account had a negative balance from that date until April 8, 2015. *See id.* On May 4, 2015, and May 29, 2015, Bank of America made hazard insurance payments of $527.00 and $577.15 respectively. *See id.* Mr. Lusnak's escrow account had a negative balance from May 4, 2015, until August 8, 2015. *See id.* On November 27, 2015, Bank of America made a county tax payment of $1,715.53. *See id.* Mr. Lusnak's escrow account had a negative balance from that date until January 13, 2016. *See id.* On March 31, 2016, Bank of America made a county tax payment of $1,715.53, and on May 2, 2016, Bank of America made a hazard insurance payment of $567.15. *See id.* Mr. Lusnak's escrow account had a negative balance from March 31, 2016, until August 11, 2016. *See id.* at 2–3. On November 28, 2016, Bank of America made a county tax payment of $1,788.82. *See id.* at 3. Mr. Lusnak's escrow account had a negative balance from that date until February 9, 2017. *See id.* On March 28, 2017, Bank of America made a county tax payment of $1,788.81, and on May 2, 2017, Bank of America made a hazard insurance payment of $606.15. *See id.* Mr. Lusnak's escrow account had a negative balance from March 28, 2017, until August 9, 2017. *See id.* On November 28, 2017, Bank of America made a county tax payment of $2,071.04. *See id.* Mr. Lusnak's escrow account had a negative balance from that date until February 14, 2018. *See id.* On March 26, 2018, Bank of America made a county tax payment of $2,071.04, and on May 29, 2018, Bank of America made a hazard insurance payment of

6
DECLARATION OF NICOLE PATTERSON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION / Civil Case No. 2:14-cv-01855-GW

$673.15. *See id.* Mr. Lusnak's escrow account had a negative balance from March 26, 2018, until August 8, 2018.

22. For 22 of the 28 tax and insurance payments Bank of America made on Mr. Lusnak's behalf from March 2010 to December 2018, there was not enough money in Mr. Lusnak's escrow account to cover the payment. As a result, Mr. Lusnak's escrow account balance was negative after these payments were made, reflecting that Bank of America advanced funds on Mr. Lusnak's behalf for those payments.

23. Attached hereto as Exhibit K is a true and correct copy of a letter from Mr. Lusnak dated December 27, 2011. According to its records, Bank of America received this letter on January 3, 2012.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on September 25, 2019

Bank of America, N.A.

_[signature]_

Date: 9-25-2019
Title: Vice President
Printed Name: Nicole Patterson

---

7

DECLARATION OF NICOLE PATTERSON IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION / Civil Case No. 2:14-cv-01855-GW